# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

December 8, 2014

To All Attorneys of Record

    Re:    *Image Connection, LLC v. United HealthCare Services, Inc., et al.*
              Case No. 3:13-CV-4658-M

Dear Counsel:

    It has come to the Court's attention that the above-entitled case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by December 22, 2014.

                                 Very truly yours,

                                 Barbara M.G. Lynn

BMGL/jlf